## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                    Plaintiff,

v.                                                             Case No.:
                                                                    1:08−cv−01849
                                                                    Honorable John W.
                                                                    Darrah

Allied Building Products Corp.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable John W. Darrah:Plaintiffs having filed a notice of voluntary dismissal, this case is hereby closed. Civil case terminated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.